Turell L. Barnes SR.

909 Marina Village Pkwy, #107

Alameda, California 94501

TELEPHONE: (510) 812-9895

"In Pro Se"



FILED
NOV 1 8 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Turell L. Barnes SR

    Plaintiff,

vs.

Eugene Schneider AND Judge Cecilia P. Castellanos, and State of California And DOES 1 through X, inclusive

    Defendants,

Case No.: C13-5333

JURY TRIAL DEMANDED

Complaint Civil Rights Action

Declaratory and Injunctive Relief

    Plaintiff Turell L. Barnes, alleges causes of action against defendants Eugene Schneider, Judge Cecilia P. Castellanos, STATE OF CALIFORNIA, American Contractors Indemnity and Liberty Mutual Insurance Company.

### I.    JURISDITION AND VENUE

1. This Court has jurdicition pursuant to Title 42 section 1983 action, due to willful acts of violation of laws, depriving Mr. Turell L. Barnes of his rights and privileges, immunities secured or protected by the Constitution or law of the United States

Complaint for Damages - 1

## II. STATEMENT OF THE CASE

2. Plaintiff alleges the that on or about September 26, 2007, an illegal probate was filed against Turell L. Barnes real property commonly known as 6919 Hamilton Street, Oakland, California by Eugene Schneider and client Armaline Childress. Eugene Schneider failed to provide Notice of Hearing to any heirs or party of interest, thereby violating the statutory laws that govern Probate.

3. Plaintiff further alleges that while acting under the authority of a judicial officer, Judge Cecelia P. Castellanos willfully deprived Mr. Barnes of rights protected by the Constitution, by doing the following acts:

   a. By appointing Eugene Schneider as Special Administer, prior to Mr. Eugene Schneider requesting relief of counsel, due to his client going missing in action.
   b. Allowing proceeding in a close probate to continue.[dropped from calendar May 24, 2010]
   c. Disregarding to adhere to the due process, equal protection and judicial procedures.

## III. DAMAGES

4. Plaintiff incorporated by this reference the facts and allegations contained within paragraphs 1 through 3, as though fully set forth herein.

5. Plaintiff alleges that upon the disregards to adhere to due process, equal protection, judicial procedures, plaintiff was deprived enjoyment

Complaint for Damages - 2

of his real property. Resulting in an loss of ownership of the real property and slander of the title, causing an injury in the sum of $1,000,000.00.

### IV. Previous Lawsuit and Administrative Relief

6. Plaintiff incorporated but this reference the facts and allegations contained within paragraphs 1 through 5, as though fully set forth herein.

7. Plaintiff alleges that several court cases was filed after the Probate, by the attorney of record Eugene Schneider served a proof of service to any heirs or party of interest. Case P-250345 was filed on May 15, 1998, Case RG08398073 was filed on July 14, 2008, and Case RG10552492 was filed on 12/20/2010. Plaintiff filed complaints to judicial performance, and state audit to no avail.

### ISSUE FIVE

### (DECLARATORY RELIEF AGAINST DEFENDANTS)

8. Plaintiff hereby restates and reincorporates by reference paragraphs 1 through 14above as though fully set forth herein.

9. An actual controversy exists between plaintiff and defendants, relating to the civil rights and legal duties of the respective parties arising out of the equal protection of all citizens.

**WHEREFORE** Plaintiff pray for judgment against the defendants, and each of them as follows:

1. Plaintiff be awarded compensatory damages in the sum $1,000,000.00
2. Plaintiff is awarded punitive damages in the sum of $1,000,000.00
3. Plaintiff request that all judgment enter by the judicial officers

Complaint for Damages - 3

within the above cases be null and void.

4. Plaintiff request that the title of the subject property be restored reflecting Turell L. Barnes as owner.

5. Cost of suit and, for such other and further relief, as the court deems proper.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct Executed on November 14, 2013.

_____
Turell L. Barnes

Complaint for Damages - 4